United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John William Flach
Jennifer Megan Flach
    Debtors

Case No. 17-11181-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: jch    Page 1 of 1    Date Rcvd: May 12, 2017
                       Form ID: 175    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db/jdb    +John William Flach,   Jennifer Megan Flach,   616 Charles Drive,   Gilbertsville, PA 19525-9197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
         JOSEPH L QUINN    on behalf of Joint Debtor Jennifer Megan Flach CourtNotices@sjr-law.com
         JOSEPH L QUINN    on behalf of Debtor John William Flach CourtNotices@sjr-law.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                     TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John William Flach and Jennifer Megan Flach
    Debtor(s)

Case No: 17−11181−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay the Final Installment Payment in the amount of $155.00.

will be held before the Honorable Eric L. Frank, United States Bankruptcy Court

on: 5/23/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 12, 2017

21
Form 175