**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: John William Flach and | : | Chapter 13 |
| Jennifer Megan Flach | : | |
| | : | |
| Debtors | : | Case No.: 17-11181-elf |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors, hereby certify that a true and correct copy of Debtors' proposed Amended Chapter 13 Plan dated and docketed August 21, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on August 21, 2017:*

Ebony, Jordan, Bankruptcy Specialist
Flagship Credit Acceptance
PO Box 3807
Coppell TX 75019

Kathryn Jacobson, Bankrutpcy Rep
Consumer Portfolio Services
PO Box 57071
Irvine, CA  92619

Anabel Caseas, Bankruptcy Specialist
US Dept of Housing & Urban Dev
451 7th Street SW
Washington, DC  20410

Attn:  Bankruptcy
PNC Mortgage, a div of PNC Bank, NA
3232 Newmark Drive
Miamisburg, OH 45342

Kathryn Madison, CEO
Beneficial Mortgage
1421 W Shure Drive, Ste 100
Arlington Heights, IL  60004

*Via Electronic Filing (ECF) on August 21, 2017:*
William C. Miller, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

Matteo Samuel Weiner on behalf of Creditor PNC Bank, N.A.
bkgroup@kmllawgroup.com

 United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                        **LAW OFFICE OF STEPHEN J. ROSS, PC**

                          By:     */s/ Joseph Quinn*_____
                                  Joseph Quinn, Esquire
                                  Attorney I.D. No. 307467
                                  152 E. High Street, Suite 100
                                  Pottstown, PA 19464
                                  T: 610.323.5300
                                  F: 610.323.6081
                                  JQuinn@SJR-LAW.com
Date:  August 21, 2017                Counsel for Debtor