# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                         Chapter 13

                                         Bankruptcy No. 17-11181-ELF

JOHN WILLIAM FLACH
JENNIFER MEGAN FLACH
616 CHARLES DRIVE

GILBERTSVILLE, PA 19525

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOHN WILLIAM FLACH
    JENNIFER MEGAN FLACH
    616 CHARLES DRIVE

    GILBERTSVILLE, PA 19525

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

                                         /S/ William C. Miller

Date: 6/5/2018                            _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee