IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John William Flach         :     Chapter 13
    and Jennifer Megan Flach    :
        Debtors              :     Bankruptcy No.: 17-11181-elf
_____:_____

## CERTIFICATE OF SERVICE

    I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and the proposed Modified Chapter 13 Plan filed on September 24, 2018, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on September 24, 2018:*

Kevin G. McDonald on behalf of Creditor PNC Bank, National Association
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner on behalf of Creditor PNC Bank, National Association
bkgroup@kmllawgroup.com

*Via First Class Mail, Postage Pre-Paid on September 24, 2018:*

Ebony Jordan, Bankruptcy Specialist
Flagship Credit Acceptance
PO Box 3807
Coppell, TX 75019

Kathryn Carol Ann K.C. Jacobson, Bankruptcy Rep
Consumer Portfolio Services
PO Box 57071
Irvine, CA 92619

Anabel Casas, Bankruptcy Specialist
U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410

Champion Mortgage
11 Eves Drive
Marlton, NJ 08053

All other creditors listed on mailing matrix not notified by way of ECF.

                                    **LAW OFFICE OF STEPHEN J. ROSS, P.C.**

                            By:    */s/ Joseph Quinn*
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    152 E. High Street, Suite 100
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    F: 610.323.6081
                                    JQuinn@SJR-LAW.com

Date: September 24, 2018          Counsel for Debtors