IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John William Flach | : | Chapter 13 |
| and Jennifer Megan Flach | : | |
| Debtors | : | Bankruptcy No.: 17-11181-elf |
| _____ | : | _____ |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and the proposed Modified Chapter 13 Plan filed on September 24, 2018, has been served upon the following by the means stated:

***Via First Class Mail, Postage Pre-Paid on October19, 2018:***

eCAST Settlement Corporation
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-1245

**LAW OFFICE OF STEPHEN J. ROSS, P.C.**

By:   */s/ Joseph Quinn_____*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: October 19, 2018      Counsel for Debtors