IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John William Flach           :      Chapter 13
    and Jennifer Megan Flach    :
        Debtors                  :      Bankruptcy No.: 17-11181-elf
_____:_____

## **ORDER**

AND NOW, upon consideration of Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated and docketed on December 10, 2018 is hereby APPROVED.

BY THE COURT:

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE