IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John William Flach and | : | Chapter 13 |
| Jennifer Megan Flach | : | |
| Debtors | : | Bankruptcy No.: 17-11181-elf |
| _____ | : | |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for John William Flach and Jennifer Megan Flach, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on November 19, 2018 along with the Notice of Application and Certificate of Service were timely served on parties in interest on November 19, 2018.

3. A response deadline to the application was due on or before December 10, 2018.

4. As of December 13, 2018, no response to said Application has been received.

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*_____
    Joseph L. Quinn, Esquire
    Attorney for Debtors
    Attorney I.D. No. 307467
    Law Office of Stephen Ross, P.C.
    152 E. High Street, Suite 100
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: December 13, 2018