IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John William Flach and | : | Chapter 13 |
| Jennifer Megan Flach | : | |
| Debtors | : | Bankruptcy No.: 17-11181-elf |

_____

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$900.00**.

Date: 12/17/18

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE