United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John William Flach  
Jennifer Megan Flach  
      Debtors

Case No. 17-11181-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Mar 07, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db/jdb       +John William Flach,   Jennifer Megan Flach,   616 Charles Drive,   Gilbertsville, PA 19525-9197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:  
        JOSEPH L QUINN    on behalf of Joint Debtor Jennifer Megan Flach CourtNotices@sjr-law.com  
        JOSEPH L QUINN    on behalf of Debtor John William Flach CourtNotices@sjr-law.com  
        KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                       TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jennifer Megan Flach fka Jennifer Megan Lavella<br>John William Flach<br>　　　　　　　Debtors | Chapter 13 |
| PNC Bank, National Association<br>　　　　v.<br>Jennifer Megan Flach fka Jennifer Megan Lavella<br>John William Flach<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 17-11181 ELF |

### ORDER

AND NOW, this _____ day of _____, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 26, 2018 it is **ORDERED** that:

The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 616 Charles Drive Gilbertsville, PA 19525.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**