IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jennifer Megan Flach fka Jennifer Megan Lavella<br>John William Flach<br>                      Debtors | Chapter 13 |
| PNC Bank, National Association<br>                v.<br>Jennifer Megan Flach fka Jennifer Megan Lavella<br>John William Flach<br>              and<br>William C. Miller Esq.<br>              Trustee | NO. 17-11181 ELF |

## **AMENDED ORDER**

      AND NOW, this  14th  day of  March  , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 26, 2018 it is **ORDERED** that:

      The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 616 Charles Drive Gilbertsville, PA 19525.

      The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

      An undated version of this order having been previously docketed, this order is effective March 7, 2019.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**