United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-11181-elf
John William Flach                                                   Chapter 13
Jennifer Megan Flach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD              Page 1 of 1          Date Rcvd: Mar 14, 2019
                         Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb         +John William Flach,   Jennifer Megan Flach,   616 Charles Drive,   Gilbertsville, PA 19525-9197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Joint Debtor Jennifer Megan Flach CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor John William Flach CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jennifer Megan Flach fka Jennifer Megan Lavella<br>John William Flach<br>　　　　　　　　　　Debtors | Chapter 13 |
| PNC Bank, National Association<br>　　　　v.<br>Jennifer Megan Flach fka Jennifer Megan Lavella<br>John William Flach<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | NO. 17-11181 ELF |

**AMENDED ORDER**

　　　　AND NOW, this  14th  day of  March  , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 26, 2018 it is **ORDERED** that:

　　　　The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 616 Charles Drive Gilbertsville, PA 19525.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　An undated version of this order having been previously docketed, this order is effective March 7, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**