```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                            Case No. 17-11181-elf
John William Flach                                                Chapter 13
Jennifer Megan Flach
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD              Page 1 of 2              Date Rcvd: May 01, 2019
                              Form ID: pdf900             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +John William Flach,   Jennifer Megan Flach,   616 Charles Drive,   Gilbertsville, PA 19525-9197
13869506       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13869507        Bureau of UC Benefits & Allowances,    Attn: UI Payment Services,    PO Box 67503,
                 Harrisburg, PA 17106-7503
13935600        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
13869511       +Champion Mortgage,    11 Eves Drive,   Marlton, NJ 08053-3130
13869513       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
13869518       +Credit First N A,    6275 Eastland Rd,   Brookpark, OH 44142-1399
13920819        ECMC,   PO BOX 16408,    ST PAUL, MN 55116-0408
13869520       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13869522       +I C System,   Po Box 64378,    Saint Paul, MN 55164-0378
13869524       +KML Law Group PC,    701 Market St, Street 5000,    Philadelphia, PA 19106-1541
13951186       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13869526       +Midwst Rcvry,    2747 W Clay St Ste A,   Saint Charles, MO 63301-2557
13869530       +PNC Bank, N.A.,    Po Box 8703,   Dayton, OH 45401-8703
13938837       +PNC Mortgage, a division of PNC Bank, NA,     Attn: Bankruptcy,   3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13920309       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
13869534       +United States Dep. of Housing & Urb Dev,     451 7th Street S.W.,   Washington, DC 20410-0002
14043561       +eCAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 02 2019 03:45:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:44:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2019 03:44:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:42:13      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13876220        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:43:15
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13906012        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:43:16
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13869505       +E-mail/Text: bsimmons@amsher.com May 02 2019 03:45:03      Amsher Collection Serv,
                 4524 Southlake Pkwy Ste,    Hoover, AL 35244-3271
13889192       +E-mail/Text: bankruptcy@consumerportfolio.com May 02 2019 03:44:32
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
13869508       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2019 03:43:03      Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
13869509       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2019 03:42:15      Capital One, N.A.,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
13869510       +E-mail/Text: csd1clientservices@cboflanc.com May 02 2019 03:45:03      Cb Lancaster,
                 218 West Orange St,    Lancaster, PA 17603-3746
13869512       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:56      Comenity Bank/vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13869514       +E-mail/Text: bankruptcy@consumerportfolio.com May 02 2019 03:44:33
                 Consumer Portfolio Servicing,    Po Box 57071,   Irvine, CA 92619-7071
13869515       +E-mail/Text: bankruptcy@credencerm.com May 02 2019 03:45:07      Credence Resource Mana,
                 17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
13869516       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 02 2019 03:45:11      Credit Coll,
                 Po Box 607,   Norwood, MA 02062-0607
13869517       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 02 2019 03:45:11
                 Credit Collection Serv,    Po Box 710,   Norwood, MA 02062-0710
13869519       +E-mail/Text: electronicbkydocs@nelnet.net May 02 2019 03:44:28      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
13869521       +E-mail/Text: bankruptcy@flagshipcredit.com May 02 2019 03:44:33      Flagship Credit Acceptance,
                 3 Christy Dr Ste 201,    Chadds Ford, PA 19317-9670
13871359       +E-mail/Text: bankruptcy@flagshipcredit.com May 02 2019 03:44:33      Flagship Credit Acceptance,
                 PO BOX 3807,   coppell, TX 75019-5877
13869523        E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 03:44:34      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
13925403        E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 03:44:34      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
13869525       +E-mail/Text: bncnotices@becket-lee.com May 02 2019 03:43:46      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13869527       +E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:45:17      Montgomery Ward,
                 1112 7th Ave,   Monroe, WI 53566-1364
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: May 01, 2019
                              Form ID: pdf900             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13899106        +E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:45:17      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13869528        +E-mail/PDF: pa_dc_claims@navient.com May 02 2019 03:43:06      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13869529        +E-mail/Text: blegal@phfa.org May 02 2019 03:44:26      PHFA,    211 N. Front Street,
                 PO Box 15530,   Harrisburg, PA 17105-5530
13869531         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:43:05
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13940372         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:57:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13875569        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:42:17
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13935423        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 03:44:34      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13879570         E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:44:00
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13932039         E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:44:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13869532        +E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:45:17      Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
13873259         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:42:26      Spot Loan,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13881783        +E-mail/Text: electronicbkydocs@nelnet.net May 02 2019 03:44:28
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
13869535        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 03:43:38
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 36

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Spot Loan by American InfoSource LP as agent,     PO Box 248838,    Oklahoma City, OK   73124-8838
cr*             +eCAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern, PA 19355-0702
13869533       ##+Stellar Recovery Inc,    1327 Hwy 2 W,    Kalispell, MT 59901-3413
                                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
```
              JOSEPH L QUINN    on behalf of Joint Debtor Jennifer Megan Flach CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor John William Flach CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN WILLIAM FLACH                                Chapter 13
JENNIFER MEGAN FLACH


                    Debtor              Bankruptcy No. 17-11181-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


**Date: May 1, 2019**                    _____
                                          Eric L. Frank
                                          Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
JOHN WILLIAM FLACH
JENNIFER MEGAN FLACH
616 CHARLES DRIVE

GILBERTSVILLE, PA 19525